HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LEONARDO RUIZ-AMADOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:25-CR-00061-KES-BAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| LEONARDO RUIZ-AMADOR | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Eric Grant, Acting United States Attorney and Brittant Gunter, Assistant U.S. Attorney, and counsel for defendant Leonardo Ruiz-Amador, Assistant Federal Defender Kara R. Ottervanger, that the status conference set for October 22, 2025 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to November 12, 2025 at 1:00 p.m.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Mr. Ruiz-Amador, by and through counsel of record, hereby stipulate as follows:

1. The parties have been engaged in plea negotiation and believe they have reached an agreement on how to resolve the case. At this time, all that remains is for the parties to commit the agreement to writing and for defense counsel to review it thoroughly with Mr. Ruiz-

1. Amador prior to his signing.

2. Given the busy calendars of both parties, it is unlikely that this will be finished prior to the October 22, 2025, status hearing.

3. The parties do not anticipate proceeding to trial given the state of plea negotiations.

4. By this stipulation, Mr. Ruiz-Amador now moves to continue the status conference, and to exclude time from October 22, 2025 to November 12, 2025.

5. The parties agree and stipulate, and request that the Court find the following:

   a) The government has either produced directly to defense counsel and/or made available for inspection and copying all discovery in this matter.

   b) Defense counsel requires additional time to review the details of the plea offer to Mr. Ruiz-Amador and obtain his signature.

   c) The government does not object to the continuance.

   d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from October 22, 2025, to November 12, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: October 15, 2025                                   Respectfully submitted,

                                                          ERIC GRANT
                                                          Acting United States Attorney

|   |   |
|---|---|
| By | */s/ Brittany Gunter* <br> BRTTANY GUNTER <br> Assistant United States Attorney |
| Dated: October 15, 2025 | */s/ Kara R. Ottervanger* <br> KARA R. OTTERVANGER <br> Attorney for Leonardo Ruiz-Amador |

## ORDER

IT IS SO ORDERED that the status conference is continued from October 22, 2025, to **November 12, 2025 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **October 15, 2025**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE