ERIC GRANT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00061-KES-BAM |
| Plaintiff, | |
| v. | STIPULATION TO SET CHANGE OF PLEA HEARING AND VACATE STATUS CONFERENCE; AND ORDER |
| LEONARDO RUIZ-AMADOR, aka LEONARDO RUIZ, | |
| Defendant. | |

The United States of America, by and through its counsel of record, Assistant United States Attorney Brittany M. Gunter, and defendant Leonardo Ruiz-Amador, by and through defendant's counsel of record, Kara Ottervanger, hereby stipulate as follows:

1. The parties have reached a resolution and filed a plea agreement. ECF 29.

2. After conferring about available dates wherein counsel can appear, the parties request that the Court set a change of plea hearing for December 15, 2025. Defense counsel is requesting the December 15, 2025, to guarantee the defendant continuity of counsel. The parties cleared the December 15 sentencing date with the courtroom deputy.

3. In light of the anticipated change of plea, the parties request that the Court vacate the status conference currently set for November 12, 2025. ECF 26.

4. The parties stipulate that the period of time from November 12, 2025, through December 15, 2025, is excludable pursuant to 18 U.S.C. 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv)

because it results from a continuance granted by the Court at the defense counsel's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  November 3, 2025

ERIC GRANT
United States Attorney

/s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

Dated:  November 3, 2025

/s/ KARA OTTERVANGER
KARA OTTERVANGER
Counsel for Defendant

## ORDER

IT IS ORDERED that:

(1) A change of plea hearing is set for **December 15, 2025, at 9:30 a.m. before the Honorable Kirk E. Sherriff.**

(2) The November 12, 2025, status conference is VACATED.

(3) Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the defense counsel's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **November 3, 2025**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE